In the Matter of the Probate of the Will of ABRAHAM L. ERLANGER, Deceased.

MITCHELL L. ERLANGER et al., Appellants; CHARLOTTE F. ERLANGER, Respondent.

(Submitted May 27, 1935; decided June 4, 1935.)

*I. Gainsburg* and *Joseph P. Segal* for motion.

*Max D. Steuer* and *Mitchell Jelline* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.